IT IS UNFORTUNATE THAT I MUST INFORM YOU THAT, MY MOTION FOR EXTENSION OF TIME, WAS NOT ACCEPTED.

IT IS MY UNDERSTANDING, 4TH COURT, HAS NOT ISSUED AN OPINION TO COURT OF Criminal Appeals about THE DISMISSIAL FOR "WANT OF JURISDICTION.

THEREFORE, COURT OF Criminal Appeals has asked ME TO CONTACT YOU TO Resend THE OPINION TO ME, AND NOTIFY THEM AS WELL AS YOU DID BACK IN JULY.

I HAD ROBERT DULLANY JR. AS my Public Defender, IN WHICH HE DID NOT clearly Explain Exactly what is going on, AND why I WAS DISMISSED.

NEVERTHELESS, I would like TO move Foward WITH my MOTION FOR EXTENSION OF TIME, but, 4TH COURT HASN'T COMPLIED Fully, IN ORDER FOR ME TO do so.

I appreciate the TIME. I ask FOR A New COPY OF THE PAPERWORK, FOR it has been lost IN TRANSIT. I am NOW, AT TELFORD UNIT, 3899 STATE HWY 98 NEW BOSTON, TEXAS. 75570

I NEVER RECEIVED A COPY OF MY TRANSCRIPTS, OR A COPY OF THE MOTIONS FILED ON MY BEHALF 1961551 BY COUNSEL.

I would like To ASK "WHY NOT"?

Sincerely
Julio Zuniga

2015 AUG 27 PM 1:27
KEITH E. HOTTLE, CLERK
Keith E. Hottle
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED

CR-148
Serv 6
RR 40
Vol 1 - 40
Vol 2 - 25
/119

19ass57 JULIO A. ZUNIGA

TELFORD UNIT
3899 STATE HWY 98
NEW BOSTON, TEXAS. 75570

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 AUG 27 PM 1:27

KEITH E. HOTTLE, CLERK

782058 3037

SHREVEPORT LA 710
24 AUG 2015 PM 3 L

Fourth Court of Appeals
300 DOLOROSA Rm 3200
San Antonio, Tx. 78205

FOREVER USA